UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL G. LOISELLE,

    Plaintiff,

v.                                           Case No. 08-12720

COMMISSIONER OF SOCIAL SECURITY,       District J. Arthur J. Tarnow

    Defendant.                       Magistrate J. Virginia M. Morgan
_____/

**ORDER REJECTING PLAINTIFF'S OBJECTION [17] TO REPORT AND RECOMMENDATION [16];
ADOPTING REPORT AND RECOMMENDATION [16];
DENYING PLAINTIFF'S MOTION [14] FOR SUMMARY JUDGMENT;
GRANTING DEFENDANT'S MOTION [15] FOR SUMMARY JUDGMENT**

    Before the court are M.J. Morgan's report and recommendation; plaintiff's objections to the report and recommendation; plaintiff's motion for summary judgment; and defendant's motion for summary judgment.

    M.J. Morgan's report and recommendation is ADOPTED.

    Plaintiff's objection to the report and recommendation is DENIED. The decision of the Commissioner was supported by substantial evidence. In light of the conflicting medical evidence and testimony, the Administrative Law Judge adequately explained the treatment of the plaintiff's testimony and the medical opinion of the plaintiff's treating physician. Accordingly there is no reversible error.

    Plaintiff's motion for summary judgment is DENIED.

    Defendant's motion for summary judgment is GRANTED.

    SO ORDERED.


                                        S/ARTHUR J. TARNOW
                                        Arthur J. Tarnow
                                        United States District Judge

Dated: June 12, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 12, 2009, by electronic and/or ordinary mail.

                                 S/FELICIA M. MOSES
                                 Relief Case Manager